UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES WILSON,

        Plaintiff,               Case no. 12-10268
                                                      Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge Laurie J. Michelson's report and recommendation, filed November 19, 2012. No objections have been filed by the parties. Having conducted a thorough review of the entire file, the court finds that Magistrate Judge Michelson reached the correct conclusion. Accordingly,

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                     s/John Corbett O'Meara
                                                     United States District Judge

Date: December 28, 2012

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 28, 2012, using the ECF system.

                                                     s/William Barkholz
                                                     Case Manager